UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re HAROLD B. BROOKS,<br><br>   Petitioner. | Case No. 16-cv-06418-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

In a notice dated November 2, 2016, the Clerk of the Court directed Petitioner to complete the court's form habeas petition and an in forma pauperis (IFP) application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. The Clerk sent Petitioner a blank habeas petition form as well as a prisoner's IFP application.

More than twenty-eight days have passed, and Petitioner has not filed the necessary documents or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 12/29/2016

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge