United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAROLD B. BROOKS,

Petitioner,

v.

R. FOX, Warden,

Respondent.

Case No. 16-cv-06418-HSG (PR)

**ORDER REOPENING ACTION;
GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS**

Re: Dkt. No. 10

This habeas action was dismissed without prejudice on December 29, 2016 because petitioner failed to complete the court's form habeas petition and an in forma pauperis ("IFP") application. On May 14, 2018, petitioner filed the necessary documents, which the court construes as a motion to reopen. So construed, the motion is granted, and the action is REOPENED. The Clerk is directed to modify the docket accordingly. The order of dismissal (Dkt. No. 7) and the judgment (Dkt. No. 8) are VACATED.

Petitioner's application to proceed IFP is GRANTED. The petition will be reviewed in a separate order.

This order terminates Dkt. No. 10.

**IT IS SO ORDERED.**

Dated:  5/21/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge