1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7    HAROLD B. BROOKS,                        Case No. 16-cv-06418-HSG (PR)
8                   Petitioner,
9            v.                               **ORDER GRANTING PETITIONER'S
                                              REQUEST FOR EXTENSION OF TIME
10   R. FOX, Warden,                          TO FILE OPPOSITION**
11                  Respondent.               Re: Dkt. No. 16
12
13        Good cause appearing, Petitioner's request for an extension of time to file an opposition to
14   Respondent's motion to dismiss is GRANTED.  Petitioner shall file his opposition no later than
15   **December 21, 2018**.  Respondent shall file his reply no later than **fourteen (14)** days after the date
16   of service of the opposition.
17        Because it appears that Petitioner may have not received a copy of the motion to dismiss,
18   counsel for respondent is instructed to resend the motion, including exhibits, to petitioner within
19   **seven (7) days** of this order.
20        This order terminates Docket No. 16.
21        **IT IS SO ORDERED.**
22   Dated:  10/23/2018
23
24                                            _____
25                                            HAYWOOD S. GILLIAM, JR.
                                              United States District Judge
26
27
28

United States District Court
Northern District of California